IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIM. NO. 19-00169-CG |
| v. | * | USAO NO. 18R00024 |
| | * | |
| HSIN PO WANG, | * | VIOLATIONS: 18 U.S.C. § 371 |
| a.k.a., "Bobby" | * | 18 U.S.C. § 1956(h) |
| JUN WANG, | * | Forfeiture Notice |
| a.k.a., "Lena" | * | |
| YINGYAN RUAN, | * | **FILED UNDER SEAL** |
| a.k.a., "Stella" | * | |
| YAN LI | * | |
| a.k.a., "Tina" | * | |

FILED IN OPEN COURT
JUN 27 2019
CHARLES R. DIARD, JR.
CLERK

## ORDER

This matter is before the Court on the United States' Motion to Keep the Indictment Sealed in the above captioned matter. The Court, after having considered the motion and finding that the best interests of this case will be served by keeping the Indictment sealed pending the defendants', **HSIN PO WANG,** *a.k.a.,* **"Bobby", JUN WANG,** *a.k.a.,* **"Lena", YINYANG RUAN,** *a.k.a.,* **"Stella",** and **YAN LI,** *a.k.a.,* **"Tina,** arrests, hereby

**ORDERS** that the Indictment in this case, this motion and Order be and remain sealed until the defendants, **HSIN PO WANG,** *a.k.a.,* **"Bobby", JUN WANG,** *a.k.a.,* **"Lena", YINYANG RUAN,** *a.k.a.,* **"Stella",** and **YAN LI,** *a.k.a.,* **"Tina,** are arrested.

**IT IS FURTHER ORDERED** that the United States notify the Clerk once the defendants, **HSIN PO WANG,** *a.k.a.,* **"Bobby", JUN WANG,** *a.k.a.,* **"Lena", YINYANG RUAN,** *a.k.a.,* **"Stella",** and **YAN LI,** *a.k.a.,* **"Tina,** have been arrested and that the Indictment may be unsealed at that time without further Order from the Court.

DONE AND ORDERED this 27th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE